THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN CLARK, for herself and/or on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>EDDIE BAUER LLC and EDDIE BAUER PARENT LLC,<br><br>Defendants. | CASE NO. C20-1106-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendants to respond to the complaint (Dkt. No. 12). The Court hereby GRANTS the motion and ORDERS that Defendants must respond to the complaint by August 25, 2020.

DATED this 13th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1106-JCC
PAGE - 1