**STEPTOE & JOHNSON LLP**
STEPHANIE A. SHERIDAN, State Bar No. 135910
ssheridan@steptoe.com
ANTHONY J. ANSCOMBE, State Bar No. 135883
aanscombe@steptoe.com
MEEGAN B. BROOKS, State Bar No. 298570
mbrooks@steptoe.com
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: 415.365.6700
Facsimile: 415.365.6699

Attorneys for Defendant
EDDIE BAUER LLC

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| SUSAN CLARK, for Herself and/or on behalf all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>EDDIE BAUER LLC; and<br>EDDIE BAUER PARENT LLC;<br><br>    Defendant. | Case No.: 2:20-cv-1106<br><br>**DECLARATION OF ALISON WOERMAN** |

DECLARATION OF ALISON WOERMAN
Case No. 2:20-cv-1106

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

I, Alison Woerman, declare as follows:

1. I am employed by Eddie Bauer LLC ("Eddie Bauer" or the "Company") as Vice President, Planning & Allocation. I am submitting this declaration in order to provide the Court with information regarding Eddie Bauer's outlet pricing practices, and its outlet Return Policy. This declaration is based on my personal knowledge and review of Eddie Bauer's business records, which are kept in the regular course of business. If called upon as a witness, I could and would competently testify to the matters stated herein.

2. I began working at Eddie Bauer in July 2002, and have held several roles since I joined the Company 18 years ago. I have been in my current position since July 2018. I have access to Eddie Bauer's records, including records concerning the Company's Return Policy.

3. It is my understanding that Plaintiff Susan Clark claims to have made purchases at Eddie Bauer's Troutdale, Oregon outlet store on March 22, 2017, and Eddie Bauer's Woodburn, Oregon outlet store on April 5, 2018.

4. At the time of both alleged purchases, Eddie Bauer's Return Policy in all outlet and mainline retail (non-outlet) stores, including outlets in Oregon, included the following excerpted language:

## RETURNS & EXCHANGES
### RETURN POLICY
As our guarantee states "Every item we sell will give you complete satisfaction or you may return it for a full refund" You can follow one of our three simple ways to return.
…

### REFUNDS
We will issue refunds using the same method as the original payment. Returns without a receipt or items purchased with e-gift cards, gift receipts and award certificates, will be refunded as merchandise credit. Please note all sales from our warehouse stores are final.
…

### RETURN TO A STORE
We'll gladly issue a refund in the original form of payment if you are not completely satisfied with your purchase.

DECLARATION OF ALISON WOERMAN.................. 1

5.  I have reviewed Eddie Bauer's Request for Judicial Notice as Exhibit A, which I understand contains copies of Eddie Bauer's Return Policy from the Wayback Machine.[1] These pages accurately reflect Eddie Bauer's outlet Return Policy at the time of Plaintiff's March 22, 2017 and April 5, 2018 purchases. Based on my experience and review of Eddie Bauer's records, I can confirm that these screenshots also accurately reflect how the Return Policy appeared on EddieBauer.com on March 22, 2017 and April 5, 2018.

6.  During Plaintiff's March 22, 2017 and April 5, 2018 purchases, this Return Policy would have also been printed on the back of Eddie Bauer's outlet receipts. The following is a true and accurate example of how outlet receipts appeared on April 5, 2018 in the Oregon outlets:

Zoomed in:

> **OUR CREED**
> To give you such outstanding quality, value, service and guarantee that we may be worthy of your high esteem.™
>
> **OUR GUARANTEE**
> Every item we sell will give you complete satisfaction or you may return it for a full refund.™

---

[1] The Wayback Machine is a digital archive of the World Wide Web, founded by the Internet Archive, a nonprofit organization based in San Francisco. It allows the user to go "back in time" and see what websites looked like in the past. It is my understanding the screenshots in Exhibit A were pulled from the following links, which reflect how the website appeared on February 16, 2017, April 20, 2017, March 23, 2018, and April 16, 2018, respectively. https://web.archive.org/web/20170216130456/http://www.eddiebauer.com/custserv/customer-service-returns-and-exchanges.jsp, https://web.archive.org/web/20170430060316/http://www.eddiebauer.com:80/custserv/customer-service-returns-and-exchanges.jsp, https://web.archive.org/web/20180323084939/http://www.eddiebauer.com/custserv/customer-service-returns-and-exchanges.jsp, and https://web.archive.org/web/20180416045551/http://www.eddiebauer.com:80/custserv/customer-service-returns-and-exchanges.jsp.

DECLARATION OF ALISON WOERMAN.................. 2

Back of full receipt:



Before 2018, including during Plaintiff's March 22, 2017 purchase, the same information was printed on the back of outlet receipts, but with an Eddie Bauer watermark in the background:



DECLARATION OF ALISON WOERMAN .................. 3

7. Also, at the time of both of Plaintiff's purchases, Eddie Bauer's outlets displayed its Return Policy at the cash register "point-of-sale" as reflected below:

Zoomed in:

**REFUND POLICY**
Finest quality. 100% guaranteed. If you are not completely satisfied, just bring it back. It's that easy.

**RECEIPT/CATALOG ORDER INVOICE**
Full refund in original payment method

**NO RECEIPT**
Exchange or merchandise credit*

**GIFT RECEIPT**
Exchange or merchandise credit*

**SALE PRICE ADJUSTMENTS**
May be made within 14 days of purchase with original receipt

Back of full point-of-sale sign:

**REFUND POLICY**
Finest quality. 100% guaranteed. If you are not completely satisfied, just bring it back. It's that easy.

**RECEIPT/CATALOG ORDER INVOICE**
Full refund in original payment method

**NO RECEIPT**
Exchange or merchandise credit*

**GIFT RECEIPT**
Exchange or merchandise credit*

**SALE PRICE ADJUSTMENTS**
May be made within 14 days of purchase with original receipt

**CHECK POLICY**
We will gladly accept your personal check with TeleCheck® authorization and the following:

PREPRINTED NAME AND ADDRESS
DAYTIME PHONE NUMBER
VALID PHOTO ID (driver's license, passport, military or state ID)

**ZIP CODE**
Not required for purchase

* Merchandise credits are non-transferable and require a valid photo ID for issuance and redemption. From the valid photo ID, Eddie Bauer collects the name and ID number to prevent fraud

8. Pursuant to this Return Policy, Ms. Clark could at any time—including now—still return the items she purchased on March 22, 2017 and April 5, 2018 for a full refund with proof of purchase.

DECLARATION OF ALISON WOERMAN .................. 4

9.  More than a year ago, Eddie Bauer began implementing the decision to use the term "Comparable Value" to describe the ticketed prices in Eddie Bauer outlet stores. The following is a representative example of the new tags:



10. This value comparison is based on the price of competing products of similar quality and style in the market. Eddie Bauer instructed our ticketing vendor of this change in July 2019. This verbiage has been included on the price tags for new outlet merchandise since January 2020. Eddie Bauer has invested heavily in this change to disclosures of "Comparable Value" and has no intention to return to the previous price tags, which listed only one price without qualifying language.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed this 24 day of August, 2020, in Seattle, Washington.

By:  _____

Alison Woerman

DECLARATION OF ALISON WOERMAN .................. 5