# EXHIBIT A

# RETURNS & EXCHANGES

## RETURN POLICY

As our guarantee states "Every item we sell will give you complete satisfaction or you may return it for a full refund" You can follow one of our three simple ways to return.

## FREE EXCHANGES

### By Mail

Complete the exchange portion on the back of the Order Summary form and include it with your returned item. We will send the new item out to you and we will pay for the shipping.

### By Phone

To receive your exchange item even faster, simply place your new order at 1-800-426-8020. We will charge you for the purchase price of your exchange and will waive shipping. Once your return is received we will credit you for the cost of the original item.

Items exchanged without a receipt will be based on current value of the item.

## REFUNDS

We will issue refunds using the same method as the original payment. Returns without a receipt or items purchased with e-gift cards, gift receipts and award certificates, will be refunded as merchandise credit based on current value of item. Please note all sales from our warehouse stores are final.

## PAYPAL RETURNS & EXCHANGES

Items purchased using PayPal may be returned by mail to receive credit to a PayPal account. PayPal purchases may also be returned to a store and the refund will be applied to the customer's credit card.

Unfortunately, we are unable to process exchange requests from PayPal returns by mail. Please visit our website or call us at 1-800-426-8020 and we'll be happy to help you place a new order.

## RETURNS - THREE SIMPLE WAYS

U.S. orders can be returned with your choice of three methods. Choose the most convenient option for you. (For Free Returns during a promotional period you must use the Smart Label option.)

## CUSTOM PRODUCT RETURNS

All custom items are guaranteed against any shipping damage or manufacturing defects. They cannot, however, be returned for any reason, including color and/or monogram choices, or incorrect size selection.

### 1. RETURN TO STORE | 2. USE THE SMART LABEL | 3. USE ANY SHIPPER

**RETURN TO A STORE**

We'll gladly issue a refund in the original form of payment if you are not completely satisfied with your purchase.

**WITH RECEIPT**

Full refund in the original payment method (excluding shipping charges)

**NO RECEIPT**

Exchange or merchandise credit based on current value of item. A merchandise credit can be applied to any Eddie Bauer purchase in our stores, on the website or over the phone.

**GIFT RECEIPT**

Exchange or merchandise credit based on current value of item.

**RETURNS OR EXCHANGES TO CANADIAN STORES**

Catalog and Internet returns and exchanges can be made to our Canadian stores however duty charges will be forfeited. Duty can only be reimbursed when product is returned to Eddie Bauer in the United States. To receive a credit including all duties and taxes, see our instructions for International returns by mail.

---

### CONTACT US
Our customer service specialists are standing by to assist you.

**CHAT IS CURRENTLY UNAVAILABLE**

**By Phone**
1-800-426-8020
8am to 2am EST daily

**By Email**
Send us an email with your questions.

**By Mail**
Eddie Bauer Customer Service
P.O. Box 7001
Groveport, OH 43125

**Safe & Secure Shopping**
Shop with confidence. Your order is safe and secure.
Privacy | Security

#### USE THE PREPAID LABEL

Use the prepaid label on the front of the order summary included with your order. Just drop the package in the mail, give it to your postal carrier or take it to the Post Office. If a prepaid label was not provided on the front of your order summary, please follow the "Return on your own" instructions.

When using the prepaid label you pay nothing up front. Instead, a return shipping charge of $6.00 will be deducted from your merchandise credit or refund for returns weighing 5 pounds or less and $8.50 for all other packages.

If you purchased during a "Free Returns" promotion and your purchase met the stated requirements, use the Smart Label to return qualifying items and no deduction will be taken.

Please allow about 14 business days for us to receive and process your return or exchange. We'll credit or refund the value of the merchandise total and any taxes you were charged (excluding delivery charges), less the prepaid label return charge.

#### RETURN VIA ANY SHIPPER

Return your package using the shipper of your choice to the following address:

Eddie Bauer
Customer Returns
6759 Port Rd.
Groveport, OH 43125

Insure the package for the full value of the merchandise being returned. Keep your shipping receipt until the credit for your return has processed.

Please allow a minimum of 14 business days for us to receive and process your return or exchange. We'll credit or refund the value of the merchandise total and any taxes you were charged (excluding delivery charges).

International customers, please see our separate instructions for International returns to receive a refund including all duties and taxes.

#### INTERNATIONAL RETURNS

Our customer care center will help you process your return. Customers who received their orders through Borderfree will be refunded all duties and taxes that were initially paid on the items returned. Please follow the instructions below:

- Request a return: contact our customer support team at 1-800-848-4910 or CustomerService@service.eddiebauer.com. Provide your Eddie Bauer order number, a description of the item you wish to return, and the reason for the return.
- Refund credit: we will provide you with the exact value of your credit for the item(s) being returned based on the product(s) value and any related duties and taxes, less return handling fees for customs and brokerage, if applicable.
- RMA number: you will be assigned a Return Material Authorization (RMA) number and the mailing address for our international returns facility.
- Prepare your package: fill out the Reason for Return Service form on the back of the original packing slip including the RMA number. Package your return items along with the return form and address it to the international return address.
- Send your package: insure your shipment for the full value of the merchandise. Keep your receipt until the credit appears on your credit card statement. C.O.D. returns are not accepted.

Borderfree will credit your return once the package is received, typically within 14-30 business days after you send it. If you have any further questions, please email CustomerService@service.eddiebauer.com or call us at 1-800-848-4910.

### FOLLOW EDDIE BAUER

    

### ADVENTURE IN YOUR INBOX
Get the latest news and offers.

### LIVE YOUR ADVENTURE
Epic stories and images.

**VISIT OUR BLOG**

**Customer Service**
**1-800-426-8020**

Help & Support
Contact Us
Order Status
Shipping
Returns
Gift Cards
Store Locator
Request a Catalog
Catalog Quick Order
Wish List
Size Charts

**Company Info**

About Us
Card Notification
Careers
Partners
Pro Deals
Affiliate Program
Supply Chain Disclosure
Site Map

**Eddie Bauer Credit Card**

Learn More & Apply
Pay My Bill

### ADVENTURE REWARDS
Live Your Adventure. Get Rewarded.

**JOIN NOW**

**Adventure Guide**
The ultimate resource for finding your next outdoor adventure.



### OUR CREED
To give you such outstanding quality, value, service and guarantee that we may be worthy of your high esteem.™

### OUR GUARANTEE
Every item we sell will give you complete satisfaction or you may return it for a full refund.™

*Screenshot from February 16, 2017 – available at https://web.archive.org/web/20170216130456/http://www.eddiebauer.com/custserv/customer-service-returns-and-exchanges.jsp*



Screenshot from April 30, 2017 – *available at* https://web.archive.org/web/20170430060316/http://www.eddiebauer.com:80/custserv/customer-service-returns-and-exchanges.jsp

#### USE THE PREPAID LABEL

Use the prepaid label on the front of the order summary included with your order. Just drop the package in the mail, give it to your postal carrier or take it to the Post Office. If a prepaid label was not provided on the front of your order summary, please follow the "Return on your own" instructions.

When using the prepaid label you pay nothing up front. Instead, a return shipping charge of $6.00 will be deducted from your merchandise credit or refund for returns weighing 5 pounds or less and $8.50 for all other packages.

If you purchased during a "Free Returns" promotion and your purchase met the stated requirements, use the Smart Label to return qualifying items and no deduction will be taken.

Please allow about 14 days for us to receive and process your return or exchange. We'll credit or refund the value of the merchandise total and any taxes you were charged (excluding delivery charges), less the prepaid label return charge.

#### RETURN VIA ANY SHIPPER

Return your package using the shipper of your choice to the following address:

Eddie Bauer
Customer Returns
6759 Port Rd.
Groveport, OH 43125

Insure the package for the full value of the merchandise being returned. Keep your shipping receipt until the credit for your return has processed.

Please allow a minimum of 14 days for us to receive and process your return or exchange. We'll credit or refund the value of the merchandise total and any taxes you were charged (excluding delivery charges).

International customers, please see our separate instructions for International returns to receive a refund including all duties and taxes.

### INTERNATIONAL RETURNS

Our customer care center will help you process your return. Customers who received their orders through Borderfree will be refunded all duties and taxes that were initially paid on the items returned. Please follow the instructions below:

Request a return: contact our customer support team at 1-800-848-4910 or CustomerService@service.eddiebauer.com. Provide your Eddie Bauer order number, a description of the item you wish to return, and the reason for the return.

Refund credit: we will provide you with the exact value of your credit for the item(s) being returned based on the product(s) value and any related duties and taxes, less return handling fees for customs and brokerage, if applicable.

RMA number: you will be assigned a Return Material Authorization (RMA) number and the mailing address for our international returns facility.

Prepare your package: fill out the Reason for Return Service form on the back of the original packing slip including the RMA number. Package your return items along with the return form and address it to the international return address.

Send your package: insure your shipment for the full value of the merchandise. Keep your receipt until the credit appears on your credit card statement. C.O.D. returns are not accepted.

Borderfree will credit your return once the package is received, typically within 14-30 business days after you send it. If you have any further questions, please email CustomerService@service.eddiebauer.com or call us at 1-800-848-4910.

**FOLLOW EDDIE BAUER**

**ADVENTURE IN YOUR INBOX**
Get the latest news and offers.

[ Enter email address ]   Go

**LIVE YOUR ADVENTURE**
Epic stories and images.

[ VISIT OUR BLOG ]

**Customer Service 1-800-426-8020**
Help & Support
Contact Us
Order Status
Shipping
Returns
Gift Cards
Store Locator
Request a Catalog
Catalog Quick Order
Wish List
Size Charts

**Company Info**
About Us

*Screenshot from April 30, 2017 – available at* https://web.archive.org/web/20170430060316/http://www.eddiebauer.com:80/custserv/customer-service-returns-and-exchanges.jsp





Screenshot from March 23, 2018 – *available at* https://web.archive.org/web/20180323084939/http://www.eddiebauer.com/custserv/customer-service-returns-and-exchanges.jsp

### RETURN VIA ANY SHIPPER

Return your package using the shipper of your choice to the following address:

Eddie Bauer
Customer Returns
6759 Port Rd.
Groveport, OH 43125

Insure the package for the full value of the merchandise being returned. Keep your shipping receipt until the credit for your return has processed.

Please allow a minimum of 14 days for us to receive and process your return or exchange. We'll credit or refund the value of the merchandise total and any taxes you were charged (excluding delivery charges).

International customers, please see our separate instructions for International returns to receive a refund including all duties and taxes.

### CUSTOM PRODUCT RETURNS

All custom items are guaranteed against any shipping damage or manufacturing defects. They cannot, however, be returned for any reason, including color and/or monogram choices, or incorrect size selection.

### PAYPAL RETURNS & EXCHANGES

Items purchased using PayPal may be returned by mail to receive credit to a PayPal account. PayPal purchases may also be returned to a store and the refund will be applied to the customer's credit card.

Unfortunately, we are unable to process exchange requests from PayPal returns by mail. Please visit our website or call us at 1-888-495-5170 and we'll be happy to help you place a new order.

### INTERNATIONAL RETURNS

Our customer care center will help you process your return. Customers who received their orders through Borderfree will be refunded all duties and taxes that were initially paid on the items returned. Please follow the instructions below:

- Request a return Via FedEx: contact our customer support team at 1-800-426-8020 or customercare@csc.eddiebauer.com. Provide your Eddie Bauer order number, a description of the item you wish to return, and the reason for the return. We will send a FedEx return-shipping label to you via email.
- Refund credit: We will provide you with the value of your credit for the item(s) being returned based on the product(s) value and any related taxes.
- RMA number: you will be assigned a Return Material Authorization (RMA) number and the mailing address for our international returns facility.
- Prepare your package: Contact our customer support team at 1-888-495-5170 or customercare@csc.eddiebauer.ca 1-800-426-8020 or customercare@csc.eddiebauer.com. Provide your Eddie Bauer order number, a description of the item you wish to return, and the reason for the return. Pay no postage up front. A flat fee of $6.00 will be deducted from your return credit for packages weighing up to 5 pounds, and $8.50 for all others.
Fill out the Reason For Return Service form on the back of the original packing slip and include it with your return. Place the FedEx return label on the package and return it using an authorized FedEx facility.
- Send your package: insure your shipment for the full value of the merchandise. Keep your receipt until the credit appears on your credit card statement. C.O.D. returns are not accepted.

Borderfree will credit your return once the package is received, typically within 14-30 business days after you send it. If you have any further questions, please email customercare@csc.eddiebauer.com or call us at 1-800-848-4910.

---

**Customer Service**
**1-800-426-8020**

Help & Support
Contact Us
Order Status
Shipping
Returns
Gift Cards
Store Locator
Request a Catalog
Catalog Quick Order
Wish List
Size Charts

**Company Info**

About Us
Careers
Affiliate Program
Supply Chain Disclosure
Site Map

**Eddie Bauer Credit Card**

Learn More & Apply
Pay My Bill

**ADVENTURE IN YOUR INBOX**
Get the latest news and offers.

[Enter email address]

**ADVENTURE REWARDS**
Live Your Adventure. Get Rewarded.

Already a Member? Sign In   [JOIN NOW]

**FOLLOW EDDIE BAUER**

**EDDIE BAUER PRODUCTS ARE GUARANTEED FOR LIFE**

As an outdoor guide, Eddie Bauer built products to stand up to the rigors of his adventures. He built them—and guaranteed them— to last. We carry on that legacy. Every product carries a lifetime warranty. If you're ever unhappy with it for any reason, return it for an exchange or

INTERNET ARCHIVE WaybackMachine
http://www.eddiebauer.com/custserv/customer-service-returns-and-exchanges.jsp    Go    MAR APR MAY
164 captures
16 May 2014 - 22 Jun 2020
◀ 16 ▶
2017  2018  2019
About this capture

Eddie Bauer EST. 1920

Search by Item # or Keyword    GO

**MEN**    **WOMEN**    **OUTERWEAR**    **SHOES**    **HOME**    **BAGS & GEAR**    **SALE**    **CLEARANCE**    **GUIDE TO EB**

Eddie Bauer | Customer Service | Returns & Exchanges

**Customer Service**
Services
Gift Cards
Shipping
Returns & Exchanges
Size Charts
About Your Order
Technical Information
FAQs
Adventure Rewards
Eddie Bauer Credit Cards
Contact Us

## RETURNS & EXCHANGES

### RETURN POLICY

As our guarantee states "Every item we sell will give you complete satisfaction or you may return it for a full refund" You can follow one of our three simple ways to return.

### FREE EXCHANGES

**By Mail**

Complete the exchange portion on the back of the Order Summary form and include it with your returned item. We will send the new item out to you and we will pay for the shipping.

**By Phone**

To receive your exchange item even faster, simply place your new order at 1-888-495-5170. We will charge you for the purchase price of your exchange and will waive shipping. Once your return is received we will credit you for the cost of the original item.

Items exchanged without a receipt will be based on current value of the item.

### REFUNDS

We will issue refunds using the same method as the original payment. Returns without a receipt or items purchased with e-gift cards, gift receipts and reward certificates, will be refunded as merchandise credit. Please note all sales from our warehouse stores are final.

### RETURNS - THREE SIMPLE WAYS

U.S. orders can be returned by one of three methods. Choose the most convenient option for you. (For Free Returns during a promotional period you must use the Smart Label option. If your package arrives without a Smart Label, call Customer Service at 1-800-426-8020 and we will send one to you.)

| 1. RETURN TO STORE | 2. USE THE SMART LABEL | 3. USE ANY SHIPPER |
|---|---|---|

**RETURN TO A STORE**

We'll gladly issue a refund in the original form of payment if you are not completely satisfied with your purchase.

**WITH RECEIPT**

Full refund in the original payment method (excluding shipping charges)

**NO RECEIPT**

Exchange or merchandise credit based on current value of item. A merchandise credit can be applied to any Eddie Bauer purchase in our stores, on the website, or over the phone.

**GIFT RECEIPT**

Exchange or merchandise credit based on the value of item as listed on the receipt.

**RETURNING ITEMS TO A CANADIAN STORE**

Catalog and website returns and exchanges can be made at any of our Canadian stores.

**USE THE PREPAID LABEL**

Use the prepaid label on the front of the order summary included with your order. Just drop the package in the mail, give it to your postal carrier or take it to the Post Office. If a prepaid label was not provided on the front of your order summary, please follow the "Return on your own" instructions.

When using the prepaid label you pay nothing up front. Instead, a return shipping charge of $6.00 will be deducted from your merchandise credit or refund for returns weighing 5 pounds or less and $8.50 for all other packages.

If you purchased during a "Free Returns" promotion and your purchase met the stated requirements, use the Smart Label to return qualifying items and no deduction will be taken.

Please allow about 14 days for us to receive and process your return or exchange. We'll credit or refund the value of the merchandise total and any taxes you were charged (excluding delivery charges), less the prepaid label return charge.

Contact Us. Our customer service specialists are standing by to assist you.

Chat Status

**By Phone**
1-800-426-8020
8am to 2am EST daily

**By Email**
Send us an email with your questions.

**By Mail**
Eddie Bauer Customer Service
P.O. Box 7001
Groveport, OH 43125

**Safe & Secure Shopping**
Shop with confidence. Your order is safe and secure.
Privacy | Security

Screenshot from April 16, 2018 – *available at* https://web.archive.org/web/20180416045551/http://www.eddiebauer.com:80/custserv/customer-service-returns-and-exchanges.jsp

Screenshot from April 16, 2018 – *available at* https://web.archive.org/web/20180416045551/http://www.eddiebauer.com:80/custserv/customer-service-returns-and-exchanges.jsp