# EXHIBIT B

Receipt from before 2018 (with watermark) and during Plaintiff's March 22, 2017 purchase:

*Eddie Bauer*
EST. 1920

**OUR CREED**
To give you such outstanding quality, value, service and guarantee that we may be worthy of your high esteem.™

**OUR GUARANTEE**
Every item we sell will give you complete satisfaction or you may return it for a full refund.™

Receipt from 2018 (without watermark) and during Plaintiff's April 5, 2018 purchase:

