HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CLARK, for Herself and/or on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC; and<br>EDDIE BAUER PARENT LLC,<br><br>Defendants. | Civil Action No.: 2:20-cv-1106-JCC<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

(PROPOSED) ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
Case No. 2:20-cv-1106

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1  THIS MATTER came before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint. Having considered the motion, request for judicial notice, and all documents and declarations submitted in support of the motion, the Court being fully informed finds that Plaintiff's Complaint lacks Article III standing and fails to establish a claim for relief.

NOW THEREFORE, it is hereby ORDERED that Defendants' motion is GRANTED, Plaintiff's action is DISMISSED WITH PREJUDICE, and the Clerk is directed to enter judgment in favor of Defendants accordingly.

DATED this \_\_\_\_ day of _____, 2020.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

SEED IP LAW GROUP LLP

/s/Marc C. Levy_____
Marc C. Levy, WSBA No. 19203
Thomas A. Shewmake, WSBA No. 50765

Attorneys for Defendants

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S COMPLAINT
Case No. 2:20-cv-1106

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900