THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUSAN CLARK, for herself and/or on behalf all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>EDDIE BAUER LLC; and EDDIE BAUER PARENT LLC,<br><br>            Defendants. | CASE NO. C20-1106-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to renote Defendants' motion to dismiss and to amend the briefing schedule for that motion (Dkt. No. 17). Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and DIRECTS the Clerk to renote Defendants' motion to dismiss (Dkt. No. 16) for October 16, 2020. Plaintiff must file its response to Defendants' motion no later than September 29, 2020.

//

//

//

MINUTE ORDER
C20-1106-JCC
PAGE - 1

1     DATED this 2nd day of September 2020.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C20-1106-JCC
PAGE - 2