THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CLARK, for Herself and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC; and EDDIE BAUER PARENT LLC,<br><br>Defendants. | No. 2:20-cv-1106-JCC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

REQUEST FOR JUDICIAL NOTICE - 1
20-CV-1106-JCC

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Susan Clark hereby requests that this Court take judicial notice of the following facts and documents:

> **Exhibit A**: A screenshot from the Internet Archive showing how Eddie Bauer's Return Policy appeared on EddieBauer.com on May 30, 2019. Available at:
>
> https://web.archive.org/web/20190530195554/https://www.eddiebauer.com/custserv/customer-service-returns-and-exchanges.jsp
>
> **Exhibit B**: A screenshot of Eddie Bauer's Return Policy as it appears on Eddie Bauer's website today, September 29, 2020.

Under Federal Rule of Evidence 201, a fact is judicially noticeable when it is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. F.R.E. 201. **Exhibits A** and **B** are both subject to judicial on these grounds, as explained herein.

A. <u>Wayback Machine</u>

**Exhibit A** is a screenshot taken from the Wayback Machine, a digital archive of the World Wide Web and other information on the Internet created by the Internet Archive, a nonprofit organization based in San Francisco, California. Courts have taken judicial notice of the contents of web pages available through internet archives, including the Wayback Machine, as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. *See*, *e.g.*, *Juniper Networks, Inc. v. Shipley*, 394 F. App'x 713, at *1 (Fed. Cir. 2010) (indicating that the Internet Archive may be an appropriate source for judicial notice); *UL LLC v. Space Chariot Inc.*, 250 F. Supp. 3d 596, 604 n.2 (C.D. Cal. 2017) (confirming reliability of Internet Archive evidence, and citing cases); *Martins v. 3PD, Inc.*, No. 11 Civ. 11313, 2013 WL 1320454, at *16 n.8 (D.Mass. Mar. 28, 2013) (taking judicial notice of "the various historical versions of a website available on the Internet Archive at Archive.org as facts readily determinable by resort to a source whose accuracy cannot reasonably be questioned"). Indeed, Eddie Bauer's counsel relied on the Internet Archive in compelling arbitration in a case just last year. *See Harbers v. Eddie Bauer LLC*, No. 2:19-cv-01012-RAJ, Dkt. 15 (W.D. Wash.).

REQUEST FOR JUDICIAL NOTICE - 2
20-CV-1106-JCC

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

Notably, Eddie Bauer is relying on the Internet Archive for the instant motion and has confirmed the accuracy of similar Wayback Machine screenshots of its website. (Dkt. 16-2).

Finally, this Request for Judicial Notice provides the website address where the screenshots can easily be verified by this Court or Eddie Bauer. *See Ciampiv. City of Palo Alto*, 790 F. Supp. 2d 1077, 1091 (N.D. Cal. 2011) (internet printouts sufficiently authenticated where they include web address).

### B. Eddie Bauer's Website Today

Ms. Clark requests that the Court take judicial notice of a true and accurate screenshot of Eddie Bauer's Return Policy as it appears on its website today, September 29, 2020, which is attached as **Exhibit B**.

Just as with the Wayback Machine, the contents of Eddie Bauer's website is similarly capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. **Exhibit B** is further supported by a declaration from Che Corrington, an attorney of record for Ms. Clark, who personally took the screenshot of Eddie Bauer's Return Policy as it appears on its website today and can confirm its accuracy if called upon.

### CONCLUSION

Ms. Clark respectfully requests the Court to grant her Request for Judicial Notice.

DATED this 29th day of September, 2020.

HATTIS & LUKACS

By: */s/ Daniel Hattis*
Daniel M. Hattis, WSBA No. 50428
dan@hattislaw.com
Paul Karl Lukacs, WSBA No. 56093
pkl@hattislaw.com
Che Corrington, WSBA No. 54241
che@hattislaw.com
HATTIS & LUKACS
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
Phone 425.233.8628
Fax 425.412.7171

Attorneys for Plaintiff Susan Clark
and the Proposed Class

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States of America that on the 29th day of September, 2020, the document attached hereto was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in the matter.

DATED this 29th day of September, 2020.

                                                    */s/ Daniel M. Hattis*
                                                  Daniel M. Hattis, WSBA No. 50428

REQUEST FOR JUDICIAL NOTICE - 4
20-CV-1106-JCC

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com