# EXHIBIT A



Eddie Bauer | Customer Service | **Returns & Exchanges**

**Customer Service**
- Services
- eGift Cards
- Gift Cards
- Shipping
- **Returns & Exchanges**
  - Our Guarantee
- Size Charts
- About Your Order
- Technical Information
- FAQs
- Adventure Rewards
  - FAQs
  - Terms & Conditions
- Eddie Bauer Credit Cards
- Contact Us

## RETURNS & EXCHANGES

### RETURN POLICY

We want you to be a happy camper. If you're not, we'll make things right. You may return any product within one year of purchase. You will be issued a full refund in the original form of payment with proof of purchase.

Already tossed the receipt? No worries, if you're an Adventure Rewards member we've stored your receipts for you. If you have no proof of purchase, you'll still get a merchandise credit for half of the original price*.

*Merchandise credits are nontransferable and require a valid photo ID for issuance and redemption.

### Online Orders

U.S. orders can be returned to a Eddie Bauer store or by mail. Choose the most convenient option for you. (For Free Returns during a promotional period you must use the Smart Label option. If your package arrives without a Smart Label, call Customer Service at 1-800-426-8020 and we will send one to you.)

### Return To A Store

Gear not working the way you had hoped? Head into an Eddie Bauer store and return it for a full refund within one year with proof of purchase. You will be refunded in the original form of payment, excluding shipping charges.

Gifts returned with gift receipt will receive a gift card in the amount of the purchase price. Gifts returned without gift receipt will receive a merchandise credit in the amount of current selling price of item.

### By Mail

Complete the return or exchange portion on the back of the Order Summary form and include it with your returned item. When received, we will either process your return and provide a refund in the original form of payment, or if an exchange is requested, we will send the new item out to you once the old item is received back at our warehouse.

### By Phone

If you need a shipping label or would like to receive your exchange item even faster, simply place your new order at 1-888-495-5170. We can email you a shipping label for your return or exchange. If you choose to exchange your item via phone, we will charge you for the purchase price of your exchange and will waive shipping. Once your return is received, we will credit you for the cost of the original item.

### HOW TO MAKE A RETURN - THREE EASY WAYS

| 1. BRING TO A STORE | 2. MAIL WITH PREPAID LABEL | 3. MAIL WITH ANY SHIPPER |

**WITH RECEIPT**

Get a full refund in the original form of payment (excluding shipping charges).

**WITHOUT RECEIPT**

If you used your Adventure Rewards number on your purchase, we can look up receipts stored in our system. If you have no proof of purchase, you can get an exchange or a merchandise credit for half the original item price, usable at any Eddie Bauer Store, on the website, or over the phone.

**GIFT RECEIPT**



Get the exchange or merchandise credit equal to the value of the item listed on the receipt.

CANADIAN STORES

Make any catalog or website returns or exchanges at any of our Canadian Stores.

## PAYPAL RETURNS & EXCHANGES

Items purchased using PayPal may be returned by mail to receive credit to original PayPal account. PayPal purchases may also be returned to a store and the refund will be applied to the customer's credit card. Unfortunately, we are unable to process exchange requests from PayPal returns by mail. Please visit our website or call us at 1-888-495-5170 and we'll be happy to help you place a new order.

## INTERNATIONAL RETURNS

If you reside in any country outside the U.S our customer care center will need to help you process your return. Customers who received their orders through Borderfree will be refunded all duties and taxes that were initially paid on the items returned. Please follow the instructions below:

- Request a return Via FedEx: contact our customer support team at 1-800-426-8020 or customercare@csc.eddiebauer.com. Provide your Eddie Bauer order number, a description of the item you wish to return, and the reason for the return. We will send a FedEx return-shipping label to you via email.
- Refund credit: We will provide you with the value of your credit for the item(s) being returned based on the product(s) value and any related taxes.
- RMA number: you will be assigned a Return Material Authorization (RMA) number and the mailing address for our international returns facility.
- Prepare your package: Contact our customer support team at 1-888-495-5170 or customercare@csc.eddiebauer.ca 1-800-426-8020 or customercare@csc.eddiebauer.com. Provide your Eddie Bauer order number, a description of the item you wish to return, and the reason for the return. Pay no postage up front. A flat fee of $6.00 will be deducted from your return credit for packages weighing up to 5 pounds, and $8.50 for all others.
  Fill out the Reason For Return Service form on the back of the original packing slip and include it with your return. Place the FedEx return label on the package and return it using an authorized FedEx facility.
- Send your package: insure your shipment for the full value of the merchandise. Keep your receipt until the credit appears on your credit card statement. C.O.D. returns are not accepted.

Borderfree will credit your return once the package is received, typically within 14-30 business days after you send it. If you have any further questions, please email customercare@csc.eddiebauer.com or call us at 1-800-848-4910.

---

**Customer Service**
**1-800-426-8020**

Help & Support
Contact Us
Order Status
Shipping
Returns
Gift Cards
Store Locator
Request a Catalog
Catalog Quick Order
Wish List
Size Charts

**Company Info**

About Us
Careers
Affiliate Program
Canopy Commitment
Supply Chain Disclosure
Site Map

**Eddie Bauer Credit Card**

Learn More & Apply
Pay My Bill

**ADVENTURE IN YOUR INBOX**

Get the latest news and offers.

Enter email address  ▶



Live Your Adventure. Get Rewarded.

Already a Member? Sign In     JOIN NOW

**FOLLOW EDDIE BAUER**

      

**EDDIE'S PRODUCT GUARANTEE**

Our products are built to last. If your Eddie Bauer product fails to perform as designed, bring it back and we will replace it.

You Are Now Shopping:  ✓ 🇺🇸 US   🇨🇦 CANADA

**LIVE YOUR ADVENTURE®**

©2019 Eddie Bauer LLC. All rights reserved. eddiebauer.com® is a registered trademark of Eddie Bauer Licensing Services LLC.    Terms of Use   Privacy Policy   Site Map