# EXHIBIT B



**EB CREDIT CARD**

Apply Now

Pay My Bill

**VISIT A STORE**

Store Locator

Reserve Online

**ABOUT US**

Our Story

Careers

Land Acknowledgement

Privacy Policy

CA Supply Chains Act

Do Not Sell My Personal Information

**BE THE FIRST TO KNOW**

[Your Email]    SIGN UP

California Residents: By signing up, you agree to opt-in to financial incentives offered as part of Eddie Bauer's Adventure Rewards program. For more information about financial incentives offered through the Adventure Rewards program, including material terms, please visit the financial incentives section of our Privacy Policy.

Shop 🇺🇸 🇨🇦

Terms of Use | Sitemap

© 2020 Eddie Bauer LLC. All Rights Reserved

https://www.eddiebauer.com/content/help?a=Return-Options-for-Online-Orders---id--LDQnpl5STA6bR1nZ7y3e6w