UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CLARK,<br>for Herself and/or On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EDDIE BAUER LLC; and<br>EDDIE BAUER PARENT LLC,<br><br>Defendants. | No. 2:20-cv-1106-JCC<br><br>**DECLARATION OF CHE CORRINGTON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: FRIDAY, OCTOBER 16, 2020 |

DECLARATION OF CHE CORRINGTON - 1
20-CV-1106-JCC

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com

# DECLARATION OF CHE CORRINGTON

I, Che Corrington, declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called to testify thereto, I could and would do so competently.

2. I am an individual who is more than 18 years of age. I am a counsel of record in this civil action for Plaintiff Susan Clark in this lawsuit against Defendant Eddie Bauer LLC ("Eddie Bauer"), and I am a member in good standing of the Washington State Bar Association. I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Dismiss.

3. On September 29, 2020, I visited the website, eddiebauer.com, to view Eddie Bauer's Return Policy as it appears today. A true and correct copy of Eddie Bauer's Return Policy as it appeared on September 29, 2020, on Eddie Bauer's website is attached as Exhibit B to Plaintiff's Request for Judicial Notice, filed concurrently with this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of September, 2020, in Seattle, Washington.

*[signature]*
CHE CORRINGTON

DECLARATION OF CHE CORRINGTON - 2
20-CV-1106-JCC

**HATTIS & LUKACS**
400 108th Avenue NE, Suite 500
Bellevue, WA 98004
425.233.8650 | FAX: 425.412.7171
www.hattislaw.com