# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN CLARK,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>EDDIE BAUER LLC, *et al.*,<br><br>　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-1106-JCC |

\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS SO ORDERED

　　Plaintiff's complaint is DISMISSED with prejudice.

　　DATED this 1st day of April 2021.

　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　 /s/ *Paula McNabb*
　　　　　　　　　　　　　　　　　　　Deputy Clerk