THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CLARK, for herself and/or on behalf
of all others similarly situated,

                    Plaintiff,

    v.

EDDIE BAUER LLC, and EDDIE BAUER
PARENT LLC,

                    Defendants.

CASE NO. C20-1106-JCC

ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 18th day of January 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

ORDER
C20-1106-JCC
PAGE - 1