THE HONORABLE RICHARD A. JONES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

SUSAN CLARK, for herself and/or on behalf of all others similarly situated,

Plaintiff,

v.

EDDIE BAUER LLC, et al.,

Defendants.

Case No. 2:20-cv-01106-RAJ

**SUGGESTION OF BANKRUPTCY FOR EDDIE BAUER LLC AND CERTAIN OF ITS AFFILIATES AND NOTICE OF AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that on February 9, 2026, Eddie Bauer LLC, and certain of its affiliates (collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable Judge Stacey L. Meisel and are being jointly administered under the lead case *In re Eddie Bauer LLC, et al.*, Case. No. 26-11422 (SLM) (the "Chapter 11 Cases"). A copy of the voluntary petition of the lead Debtor, Eddie Bauer LLC, is attached hereto as **Exhibit A**, and a copy of the order entered on February 10, 2026, directing joint administration of the Chapter 11 Cases is attached hereto as **Exhibit B**.

---

[1] A complete list of each of the Debtors in the Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/EddieBauer. The location of the Debtors' service address in the Chapter 11 Cases is: 6501 Legacy Drive, Suite B100, Plano, TX 75024.

SUGGESTION OF BANKRUPTCY AND NOTICE OF
AUTOMATIC STAY – 1
CASE NO. 2:20-cv-01106-RAJ

#4907-8123-6368 v1

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions "operates as a stay, applicable to all entities, of—

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title; (2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title; [and] (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate . . . ."

11 U.S.C. § 362(a)(1)–(3).[2]

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the automatic stay may be void *ab initio* and result in a finding of contempt for violation of the automatic stay. Any party wishing to take action against the Debtors should contact the Debtors' counsel before taking any action in the above-captioned proceeding to ensure that such action does not constitute a violation of the automatic stay. The Debtors reserve and retain all rights to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained by: (i) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' claims and noticing agent, Stretto, Inc., at https://cases.stretto.com/EddieBauer or by calling (833) 437-6838 (toll free from US/Canada) or +1 (714) 422-4326 (international), (ii) visiting the Bankruptcy Court's website at https://www.njb.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein; or (iii) contacting any of the following proposed co-counsel

---

[2] Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case. The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

SUGGESTION OF BANKRUPTCY AND NOTICE OF
AUTOMATIC STAY – 2
CASE NO. 2:20-cv-01106-RAJ

#4907-8123-6368 v1

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

to the Debtors, (a) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Joshua A. Sussberg, P.C. (joshua.sussberg@kirkland.com), Matthew C. Fagen, P.C. (matthew.fagen@kirkland.com), and Oliver Paré (oliver.pare@kirkland.com); and (b) Cole Schotz P.C., Court Plaza North, 25 Main Street, Hackensack, New Jersey 07601, Attn: Michael D. Sirota, Esq. (msirota@coleschotz.com), Warren A. Usatine, Esq. (wusatine@coleschotz.com), and Felice R. Yudkin, Esq. (fyudkin@coleschotz.com).

DATED:  February 17, 2026

BALLARD SPAHR LLP

By *s/ Meegan B. Brooks*

Meegan B. Brooks, WSBA No. 62516
71 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: 415.318.2770
Facsimile: 424.204.4350
Email: brooksm@ballardspahr.com

SEED IP LAW GROUP LLP
Marc C. Levy, WSBA No. 19203
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: 206.622.4900
Email: MarcL@seedip.com

*Attorneys for Defendant Eddie Bauer LLC*

SUGGESTION OF BANKRUPTCY AND NOTICE OF
AUTOMATIC STAY – 3
CASE NO. 2:20-cv-01106-RAJ

#4907-8123-6368 v1

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350